IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHANIE GRAHAM,** : | |
|       **Plaintiff,** : | |
| : | |
|       **v.** : | Civ. No. 24-6086 |
| : | |
| **CITY OF PHILADELPHIA,** : | |
|       **Defendant.** : | |

## O R D E R

    **AND NOW**, this 22nd day of August, 2025, it is **ORDERED** that a **SETTLEMENT CONFERENCE** in the above-captioned case is **SCHEDULED** for <u>**Wednesday, September 3, 2025 at 11:00 a.m.**</u> in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106. **Party representatives of Plaintiff and Defendant with full authority to settle the case, and any insurance representative, must attend <u>in person</u>. Lead Counsel for all Parties shall attend and shall be prepared to discuss settlement in this matter.**

                                                  **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*
                                                  _____
                                                  Paul S. Diamond, J.