# EXHIBIT I

# IN THE REGISTER OF WILLS OFFICE PHILADELPHIA COUNTY

## COMMONWEALTH OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **ESTATE OF** | : | **WILL** |
| ████████████ | : | **OF** |
| **Deceased** | : | **2021** |

## <u>DECREE</u>

**AND NOW**, this 1st day of *March*, 2021, upon consideration and review of the "petition for citation to show cause why ████████ should not be appointed Administrator C.T.A…" filed in the estate of ████████████████ ████████████████████████████, a response date of **January 22, 2021**, proof of service filed with objection of ████████ noted, it is hereby ordered and decreed that the petition is denied.

*Tracee L Gordon*
**TRACEY L. GORDON**
**Register of Wills**





**CITY OF PHILADELPHIA**

**REGISTER OF WILLS OFFICE**
Room 180 - City Hall
Philadelphia, PA  19107
(215) 686-6250
(215) 686-6268 - Fax

**TRACEY L. GORDON**
*Register of Wills*

**Hon. Tracey L. Gordon**
**Register of Wills and Clerk of Orphans' Court**
**City Hall Room 180**
**Philadelphia, PA 19148**

Reference No. #68

Controller's Office
Municipal Services Building, 12th Floor
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102

Mrs. Christy Brady:

I hereby certify that **Register of Wills** has the assets reported on the attached schedules, belonging to or under the custodianship of the City of Philadelphia at the close of business June 30, 2021.  Further, I certify that the exempt employees whose positions are listed on the attached work schedule are working on a full-time basis.

Signature _Tracey L. Gordon_

Hon. Tracey L. Gordon
**Register of Wills**

Date _7/21/2021_

Attachment