IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GRAHAM, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 2:24-cv-06086-KBH |
| THE CITY OF PHILADELPHIA, et al. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), all parties to this action hereby stipulate that the above-captioned matter is dismissed with prejudice. Each party will bear its own attorney's fees and costs.

| | |
|---|---|
| **ISAACS BERNSTEIN, P.C.** | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| By: _____ | By: _____ |
| Jonathan Bernstein, Esq. | Gaetan J. Alfano, Esquire |
| P.A. ID No. 325422 | P.A. ID No. 32971 |
| 2108 Yardley Road | Michael A. Morse, Esquire |
| Yardley, PA 19067 | P.A. ID No. 80507 |
| jb@lijblaw.com | Alexander M. Owens |
| (917) 693-7245 (Telephone) | P.A. ID No. 319400 |
| (917) 210-3898 (Telecopy) | 1818 Market Street, Suite 3402 |
| *Attorney for Plaintiff,* | Philadelphia, PA 19103 |
| *Stephanie Graham* | gja@pietragallo.com |
| | mam@pietragallo.com |
| | amo@pietragallo.com |
| | (215) 988-1427 (Telephone) |
| | (215) 981-0082 (Telecopy) |
| | *Attorneys for Defendants,* |
| | *City of Philadelphia and* |
| | *John P. Sabatina* |

Dated: December 18, 2025

11906494.v1