**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEPHANIE GRAHAM,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CITY OF PHILADELPHIA,**<br>            **Defendant.** | **NO.  24-6086** |

## O R D E R

    **AND NOW**, this 22nd day of December, 2025, upon consideration of the Stipulation of Dismissal (ECF 29), **IT IS ORDERED** that the Stipulation is **APPROVED**.  This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its own costs and attorney's fees.

                                        **BY THE COURT:**

                                        **/s/ Hon. Kelley B. Hodge**

                                          **HODGE, KELLEY B., J.**